

SHAWN R. GANT, CSR
Official Court Reporter
**429th Judicial District Court**
2100 Bloomdale Road, Suite 10014
McKinney, Texas 75071
Telephone: (972) 547-5723
sgant@co.collin.tx.us

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/29/2015 8:13:45 AM
LISA MATZ
Clerk

October 29, 2015

Lisa Matz
Fifth District Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202-6631

RE: Court of Appeals Number: 05-15-01268-CV
Trial Court Case Number: 429-53882-2013
Style: Sanjay Bhardwaj v. Anupama Pathak

Dear Ms. Matz:

This letter is to inform the Court that a Reporter's Record will <u>NOT</u> be filed in the above-referenced appeal. To date, I have not received a written designation of the Reporter's Record, nor have I received payment.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Shawn R. Gant

Cc: District Clerk – Collin County